

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-13-01023-CV

LAVENA V. HIGHTOWER, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 182nd District Court of Harris County.   (Tr. Ct. No. 1270245).

After due consideration, the Court **grants** appellant Lavena V. Hightower's motion to dismiss the appeal. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered January 29, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Massengale, and Lloyd.